UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     *Plaintiff*, ) | |
| ) | |
|     *v.* ) | 2:13-cr-00040-JMS-CMM-1 |
| ) | |
| DAVID NAYLOR, ) | |
|     *Defendant.* ) | |
| ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Craig McKee's Report and Recommendation that David Naylor's supervised release be modified, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as follows:

    a. Defendant will be incarcerated for six months.

    b. Upon completion of his incarceration, supervised released is not ordered.

    c. The defendant is ORDERED detained and remanded to the custody of the US Marshal Service.

SO ORDERED.

Copies to:

Counsel of Record electronically registered.

U.S. Marshal

U.S. Probation